ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
2008 APR 22 P 2: 42
CLERK

| | | |
|---|---|---|
| PATRICIO PAREDES, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 308-021 |
| WALT WELLS, Warden, | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the above-captioned § 2241 petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 29 day of April, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE